UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD L. AMBROSE,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY PUCKETT, NANCY THOMAS, STEVE THOMAS, TAMMY YATES, C. ADAMS, DEBRA ISAACS, EVA FRED, VARLYN STANLEY, J. MILLER, DEBRA LITTLE, DR. HAMBY, ALFRED GARCIA, M.D., DR. ROWE and WEXFORD HEALTH SOURCES,<br><br>    Defendants. | Case No. 02-cv-1052-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Richard L. Ambrose's claims in this case against defendants Alfred Garcia, M.D., Dr. Hamby and Dr. Rowe are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Nancy Puckett, Nancy Thomas, Steve Thomas, Tammy Yates, C. Adams, Debra Isaacs, Eva Fred, Varlyn Stanley, J. Miller, Debra Little and Wexford Health Sources and against plaintiff Richard L. Ambrose and that plaintiff Richard L. Ambrose's claims against those defendants are dismissed with prejudice.

**DATED:  April 18, 2007**                              **NORBERT JAWORSKI**


                                                                    **By:s/Deborah Agans, Deputy Clerk**



**Approved:**     s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**